LAUREL HEADLEY (CASBN 152306)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: 510.845.3000
Facsimile: 510.845.3003

Attorneys for
JENNIFER BURKE

**FILED**

SEP 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JENNIFER BURKE,<br><br>  Defendant. | CASE NUMBER: CR 04-40053-01 WDB<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING<br>IDENTIFICATION OF<br>COUNSEL/SETTING OF<br>REVOCATION PROCEEDINGS |

IT IS HEREBY STIPULATED, that Defendant JENNIFER BURKE's court date for identification of counsel and setting of revocation proceedings be continued from

////

STIPULATION/ORDER TO CONTINUE COURT DATE 1

September 20, 2007 to October 2, 2007 at 10:00 a.m. so that Laurel Headley, previously appointed defense counsel, can be present.

DATED: September 14, 2007

CHINHAYI COLEMAN
Assistant U.S. Attorney

DATED: September 17, 2007

LAUREL HEADLEY
Attorney for Defendant
JENNIFER BURKE

DATED: September ___, 2007

SHAHEEN SHAN
U.S. PROBATION OFFICER

IT IS SO ORDERED:

DATED: September ___, 2007

See next page for signature

THE HONORABLE WAYNE D. BRAZIL
U.S. DISTRICT COURT MAGISTRATE/JUDGE

STIPULATION/ORDER TO CONTINUE COURT DATE   2

1 | September 20, 2007 to October 2, 2007 at 9:30 a.m. so that Laurel Headley, previously
2 | appointed defense counsel, can be present.
3
4 | DATED: September ___, 2007
5
6 |                                    CHINHAYI COLEMAN
                                   Assistant U.S. Attorney
7 | DATED: September ___, 2007
8 |                                    LAUREL HEADLEY
                                   Attorney for Defendant
9 |                                    JENNIFER BURKE
10 | DATED: September 14, 2007
11 |                                    SHAHEEN SHAN
                                   U.S. PROBATION OFFICER
12
13
14 | **IT IS SO ORDERED:**
15 | DATED: September 17, 2007
16 |                                    THE HONORABLE WAYNE D. BRAZIL
                                   U.S. DISTRICT COURT MAGISTRATE/JUDGE

STIPULATION/ORDER TO CONTINUE COURT DATE   2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

              Plaintiff,

v.

BURKE et al,

              Defendant.

Case Number: CR04-40053 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2007, I SERVED a true and correct copy of the attached Stipulation and Order, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Chinhayi J. Coleman
US Attorney's Office, Northern District
1301 Clay Street, Suite 340S
Oakland, CA 94612-5217

Laurel L. Headley
Arguedas, Cassman & Headley LLP
803 Hearst Avenue
Berkeley, CA 94710

Shaheen Shan
U.S. Probation Office
1301 Clay Street, Suite 220
Oakland, CA 9

Dated: September 17, 2007

                                          Richard W. Wieking, Clerk

                                          By: Ivy Garcia, Deputy Clerk